## DECLARATION OF SEAN NUGENT

I, Sean Nugent, hereby declare:

1. I am a Plaintiff in the action entitled *Nugent v. Secretlab US, Inc*. I am a competent adult over eighteen years of age and I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently thereto.

2. I currently reside in the City of Lafayette, California located in the County of Contra Costa.

3. In or around April 2021, I purchased Secretlab's TITAN 2020 Chair Product from the Defendant's website from my home in Lafayette.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on 12/16/2022 at Lafayette, California.

_____
Sean Nugent

**VENUE DECLARATION**