**CUSTODIO & DUBEY, LLP**
Robert Abiri (SBN 238681)
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899
E-mail: abiri@cd-lawyers.com

**TREEHOUSE LAW, LLP**
Joshua Nassir (SBN 318344)
Benjamin Heikali (SBN 307466)
Ruhandy Glezakos (SBN 307473)
3130 Wilshire Blvd., Suite 555
Los Angeles, CA 90403
Telephone: (310) 751-5948
jnassir@treehouselaw.com
bheikali@treehouselaw.com
rglezakos@treehouselaw.com

*Attorneys for Plaintiff Sean Nugent*

**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SB# 321555)
 *kevin@kjclawgroup.com*
Christopher R. Ramos (SB# 301556)
 *ramosc@kjclawgroup.com*
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797

*Attorneys for Defendant
Secretlab US, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN NUGENT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SECRETLAB US, INC.<br><br>Defendant. | CASE NO.: 3:22-CV-08944-RFL<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Court Room 04, 17th Floor<br>Judge: Hon. Rita F. Lin |

JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sean Nugent ("Plaintiff") and Defendant Secretlab US, Inc. ("Defendant"), by and through their respective counsels of record, hereby stipulate to Plaintiff's voluntary dismissal of all of Plaintiff's individual claims in the above-captioned action, with prejudice, against Defendant. The claims of the putative class are dismissed without prejudice. Each party shall bear its own costs and fees.

DATED: April 30, 2025

TREEHOUSE LAW, LLP

By: /s/ Joshua Nassir
      Joshua Nassir
      Attorneys for Plaintiff

I, Joshua Nassir, am the ECF User whose ID and password are being used to file the Joint Stipulation to Voluntarily Dismiss. In compliance with N.D. Cal. L.R. 5.1. I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.
s/ Joshua Nassir
Joshua Nassir
Attorney for Plaintiff

KJC Law Group, A.P.C.

By: /s/ Kevin J. Cole
      Kevin J. Cole
      Attorney for Defendant